# Exhibit B



# MAGNETIC
OPPOSITES ATTRACT. TRY NOT TO LET THEM.

THIS IS A GAME OF PUSH AND PULL.
HOPEFULLY MORE PUSH THAN PULL.

The goal is to get rid of all your magnets. But you'll have to battle to not Kollide with any other magnets.

## SETUP:

Arrange the rope in any shape you like just make sure it's on a flat, even surface-and that everyone can reach it.

Divide the magnets up evenly among all the players. If there's any uneven number, just keep the extras in the box, they'll stick together in there so they won't get lonely.

## HOW TO PLAY:

the first person who can stick the magnet to something in their surroundings goes first.(HINT:RUSH TO THE FRIDGE.)

Before we get started, listen closely:
do not hand it for everyone
By sw allowing these magnets.
Didn't think we'd have to say that-but we do.

Go around in a circle placing one magnet per turn inside the rope. YOU MUST PLACE THESE VERTICALLY. what, you thought we'd make it easy on you? BUUUUUT:If your magnet snaps together with another magnet (or two, or three)you must pick up the entire bundle of magnets. that's true EVEN IF they Kollide as you're figuring out where to place it. Sorry, they can be pretty cliquey. And your turn is over.

Remember:Your turn starts as soon as you are hovering over the magnets, so if you got two or more magnets to Kollide as you're trying to figure out where to place them, you must pick them up and end your turn. If any magnets fall out of the arena as you're placing, they're also yours (and your turn is over). Lucky you.
**PLAY CONTINUES TO THE LEFT. AND SO ON.**

Oh,one more thing: it's okay for your magnets to wiggle a little bit as you place them down. As long as they don't Kollide together, you're good.

## HOW TO WIN:

The first player to get rid of all their magnets WITHOUT any magnets clumping together is the winner. You are a true magnet master.

## RIDING SOLO(1 PLAYER)

So you Love the game so much that you want to keep playing after everyone went home. We got you. In the RIDING SOLO version, the concept is the same. You're still trying to get rid of all your magnets, and you still have to keep them vertical. The difference is this:You must place all the magnets by yourself-without any Kolliding together. If they do Kollide, just pick up the clump and keep going.

We suggest playing with 15 magnets if you're riding solo. If you get more than that,please send us apicture because we didn't think it was possible. Trust us, we tried.